# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **WILLIAM BOGGS**, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:10CV00516 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By: James P. Jones |
| **UNITED STATES OF AMERICA,** ) | United States District Judge |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ADJUDGED AND ORDERED** that the plaintiff's submission, which the court construes as a Petition for a Writ of Mandamus, is hereby **DISMISSED** as frivolous, pursuant to 28 U.S.C.A. § 1915A, and stricken from the active docket of the court.

ENTER: November 30, 2010

/s/ JAMES P. JONES
United States District Judge